Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
FINESTONE HAYES LLP
456 Montgomery Street, Suite 1300
San Francisco, CA 94104
Tel.:  (415) 421-2624
Fax:   (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: jhayes@fhlawllp.com

Attorneys for Janina M. Hoskins,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 23-30465-DM |
| 201 EL CAMINO REAL, LLC, | Chapter 7 |
| Debtor. | |
| HU-HANTWO LLC, derivatively on behalf of 201 El Camino Real, LLC, | Adv. Proc. No. 25-03039-DM |
| Plaintiff, | **NOTICE OF LIMITED APPEARANCE AND STATEMENT OF NON-AUTHORIZATION** |
| v. | |
| NARIMAN SEYED TEYMOURIAN; 2700 MIDDLEFIELD ROAD LLC; PALADIN FUNDING, INC.; BAYTECH HOLDINGS, LLC; and DOES 1-50, | |
| Defendants, | |
| and | |
| JANINA M. HOSKINS, as Chapter 7 Trustee of 201 El Camino Real, LLC, | |
| Nominal Defendant, | |
| Defendants. | |

NOTICE OF LIMITED APPEARANCE AND STATEMENT OF NON-AUTHORIZATION          1

Janina M. Hoskins (the "Trustee"), the duly appointed, authorized and acting trustee of the above-referenced bankruptcy estate, by and through undersigned counsel, submits this limited appearance for the sole purpose of notifying the Court that the Trustee did not authorize the filing of the above-captioned adversary proceeding in her name or on behalf of the estate, and Michael B. Lubic, his co-counsel, and his firm, K&L Gates LLP (collectively, "K&L Gates"), did so against the Trustee's express instructions.

1. The Adversary Complaint filed in this case purports to assert claims on behalf of and/or owned by estate.

2. The Trustee does not have a retainer agreement with K&L Gates, and K&L Gates has not been employed by the estate or approved by the Court as special counsel.

3. The Trustee has not authorized, ratified, or consented to the initiation of this adversary proceeding, and K&L Gates filed the Adversary Complaint without the Trustee's authority.

4. By this filing, the Trustee makes a limited appearance solely to inform the Court of this lack of authorization. The Trustee does not appear generally, does not waive any defenses, objections, or immunities, and does not consent to jurisdiction for any other purpose.

Dated: September 30, 2025

FINESTONE HAYES LLP

*/s/ Jennifer Hayes*
Jennifer Hayes
Attorneys for Janina M. Hoskins,
Chapter 7 Trustee