Form NTCPLA

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## NOTICE

**PLAINTIFF IS REQUIRED TO SERVE A COPY OF THIS NOTICE TO ALL PARTIES.**

**PLAINTIFF IS ALSO REQUIRED TO SERVE A COPY OF THE BANKRUPTCY DISPUTE RESOLUTION PROGRAM INFORMATION SHEET ON ALL PARTIES.**

The Information Sheet is available at the clerk's office and is posted on the court's website at: http://www.canb.uscourts.gov/court−info/bdrp/bankruptcy−dispute−resolution−program−information−sheet.

1. DEFAULT may be entered against defendant upon the plaintiff's request, if plaintiff files a proof of service and defendant fails to file timely an answer or a responsive motion, and appear at the Scheduling Conference. If appropriate, a default hearing may be set at the Scheduling Conference. Relief from default may be granted only on stipulation or after hearing on noticed motion.

2. MEET AND CONFER The parties shall meet and confer at least once before the Scheduling Conference to discuss settlement of the Adversary Proceeding. The parties shall be prepared to represent to the Court at the Scheduling Conference that they have complied with this requirement unless good cause exists for their failing to do so. At the Scheduling Conference, the Court may direct the parties to conduct further settlement negotiations prior to setting the Adversary Proceeding for trial.

3. MOTIONS The parties shall comply with BLR 9013−1 of the Bankruptcy Local Rules. The notice's hearing date and time shall appear on the cover page of each motion, opposition, reply and all supporting papers in accordance with BLR 1005−1. The parties will also be expected to comply with the policy for chambers copies that is posted on the court's website at: http://www.canb.uscourts.gov/ecf/procedures/Chambers−Copies−for−ECF−Filed−Documents.

4. ORDERS after contested hearings or trials will not be considered by the Court unless the non−prevailing party has approved it as to form, or the proposed order is served on the non−prevailing party, a proof of service is filed with the Clerk, and the proposed order has been lodged for seven (7) calendar days. See BLR 9021−1. This does not apply to stipulations or defaults.

5. CALENDAR Matters may be set for hearing using the court's open calendaring system. Inquiries concerning calendaring matters not authorized for open calendaring may be directed to the Courtroom Deputy for the assigned Judge:

6. CORPORATE OWNERSHIP STATEMENT A corporation that is a party to the Adversary Proceeding (other than the debtor or a governmental unit) must file the corporate ownership statement as required pursuant to Federal Rule of Bankruptcy Procedure 7007.1.

| Judge | Deputy | Phone | Email |
|---|---|---|---|
| Chief Judge Stephen L Johnson | Anna Lee | (408) 278−7517 | anna_e_lee@canb.uscourts.gov |
| Judge Hannah L. Blumenstiel | Cecilia Malabanan | (415) 268−2312 | cecilia_malabanan@canb.uscourts.gov |
| Judge M. Elaine Hammond | Anna Rosales | (408) 278−7581 | anna_rosales@canb.uscourts.gov |
| Judge William J. Lafferty | Ratnesh Singh | (510) 879−3533 | ratnesh_singh@canb.uscourts.gov |
| Judge Dennis Montali | Lorena Parada | (415) 268−2323 | lorena_parada@canb.uscourts.gov |
| Judge Charles Novack | Ruby Bautista | (510) 879−3529 | ruby_bautista@canb.uscourts.gov |

rev. 8/18/2022