# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: admin | Date Created: 10/1/2025 |
| Case: 25–03039 | Form ID: NTCPLA | Total: 1 |

**Recipients of Notice of Electronic Filing:**
aty   Michael B. Lubic   michael.lubic@klgates.com

TOTAL: 1