# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: admin | Date Created: 10/1/2025 |
| Case: 25–03039 | Form ID: NMDAP | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty    Michael B. Lubic    michael.lubic@klgates.com

                            TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
ust    Office of the U.S. Trustee / SF    Phillip J. Burton Federal Building    450 Golden Gate Ave. 5th Fl., #05–0153    San Francisco, CA 94102

                            TOTAL: 1