Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Telephone: (415) 616-0466
Facsimile: (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: jhayes@fhlawllp.com
Email: rwitthans@fhlawllp.com

Proposed Attorneys for Janina M. Hoskins,
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>201 EL CAMINO REAL LLC,<br><br>Debtor. | Case No. 23-30465-DM<br><br>Chapter 7<br><br>**CERTIFICATE OF SERVICE OF ORDER GRANTING: (1) HU-HAN TWO LLC'S MOTION FOR DERIVATIVE STANDING; AND (2) TRUSTEE'S MOTION TO SELL ESTATE'S RIGHT, TITLE, AND INTEREST IN LITIGATION CLAIMS, SUBJECT TO OVERBID, AND FOR APPROVAL OF COMPROMISE** |

I am over the age of 18 and not a party to this action. My business address is 456 Montgomery Street, Suite 1300, San Francisco, California 94104. I caused a true and correct copy of the following document(s):

**ORDER GRANTING: (1) HU-HAN TWO LLC'S MOTION FOR DERIVATIVE STANDING; AND (2) TRUSTEE'S MOTION TO SELL ESTATE'S RIGHT, TITLE, AND INTEREST IN LITIGATION CLAIMS, SUBJECT TO OVERBID, AND FOR APPROVAL OF COMPROMISE).**

to be served in the manner stated below.

**SERVED BY EMAIL**

Mark Garay: garayllc@pacbell.net
Michael Lubic: michael.lubic@klgates.com
John Dresslar: john@dresslar.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 18, 2026, in Contra Costa County, California.

*Jennifer C. Hayes*
Jennifer C. Hayes