MICHAEL B. LUBIC (SBN 122591)
KEVIN S. ASFOUR (SBN 228993)
RACHEL BERMAN (SBN 352237)
K&L GATES LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone: (310) 552-5000
Facsimile: (310) 552-5001
Email: michael.lubic@klgates.com
kevin.asfour@klgates.com
rachel.berman@klgates.com

Attorneys for Plaintiff

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>201 EL CAMINO REAL, LLC,<br><br>Debtor. | Case No. 23-30465-DM<br><br>Chapter 7 |
| HU-HANTWO LLC (as successor in interest to HU-HANTWO LLC, derivatively on behalf of 201 El Camino Real, LLC),<br><br>Plaintiff,<br><br>v.<br><br>NARIMAN SEYED TEYMOURIAN; 2700 MIDDLEFIELD ROAD LLC; PALADIN FUNDING, INC.; BAYTECH HOLDINGS, LLC; and DOES 1-50;<br><br>Defendants. | Adv. Pro. No. 3:25-ap-03039-DM<br><br>**CERTIFICATE OF SERVICE** |


Case: 23-30465 Doc# 63 Filed: 09/17/26 Entered: 09/17/26 20:04:35 Page 1 of 2

## CERTIFICATE OF SERVICE

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is K&L GATES LLP, 10100 Santa Monica Boulevard, Eighth Floor, Los Angeles, California 90067.

On **July 1, 2026**, I caused to be served the following document(s) in the manner stated below:

- **AMENDED COMPLAINT**
- **ALIAS SUMMONS AND NOTICE OF SCHEDULING CONFERENCE IN AN ADVERSARY PROCEEDING**
- **BANKRUPTCY DISPUTE RESOLUTION PROGRAM INFORMATION SHEET**

on the interested parties in this action as follows:

| | |
|---|---|
| Nariman Seyed Teymourian<br>125 Greenley Road<br>New Canaan, CT 06840 | *Defendant Nariman Seyed Teymourian* |
| 2700 Middlefield Road LLC<br>C/O Nariman Teymourian<br>66 Barry Lane<br>Atherton, CA 94027<br><br>2700 Middlefield Road LLC<br>C/O Nariman Teymourian<br>125 Greenley Road<br>New Canaan, CT 06840 | *Defendant 2700 Middlefield Road LLC* |
| Paladin Funding, Inc.<br>C/O Mark M Garay<br>430 Ridge Road<br>Tiburon, CA 94920<br><br>John H. Dresslar<br>Law Offices of John H. Dressler<br>1563 Solano Ave. #543<br>Berkeley, CA 94703 | *Defendant Paladin Funding, Inc.* |
| Baytech Holdings, LLC<br>C/O Daniel E. Rabb<br>566 Commercial Street<br>San Francisco, CA 94111 | *Defendant Baytech Holdings, LLC* |

☒ **BY FIRST CLASS MAIL:** by causing to place envelopes with postage fully thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with the firm's practice.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **September 16, 2026**, at New York, New York.

Rachel Berman

Rachel Berman